| PROB 22 (ED/CA) (Rev. 2/88) | | DOCKET NUMBER *(TRAN. COURT)* 0972 1:00CR05322-003 / 0972 1:01CR05281-001 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | |
| | | DOCKET NUMBER *(REC. COURT)* CR16-00396 HSG |

| NAME AND ADDRESS OF ☐ PROBATIONER ☐ SUPERVISED RELEASEE | DISTRICT E-CA | DIVISION Fresno |
|---|---|---|
| Jessie Darios Rios Fremont, California | NAME OF SENTENCING JUDGE Senior U.S. District Judge Anthony W. Ishii | |
| | DATES OF ☐ PROBATION ☒ SUPERVISED RELEASE | FROM 12/9/2011 — TO 12/8/2016 |

**OFFENSE**

0972 1:00CR05322-003 -- 18 USC 2113(a) and (b) and 2 – Armed Bank Robbery and Aiding and Abetting (Class B Felony); 1 count

0972 1:01CR05281-001 -- 18 USC 2113(a) and (b) – Armed Bank Robbery (Class B Felony); 1 count

FILED
SEP 20 2016
SUSAN Y. SOONG
CLERK, U.S. DISTRICT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

## PART 1 – ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605 the jurisdiction of the supervisee named above be transferred with the records of the Court to the United States District Court for the Northern District of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of Supervised Release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

9-9-16
*Date*

*Senior United States District Judge*

RESTITUTION: If this offender has an order of restitution which is to be paid jointly and severally, the offender shall send payments to the sentencing district Court Clerk's Office and no financial record shall be created in the receiving district.

*This sentence may be deleted at the discretion of the transferring Court.

## PART 2 – ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

IT IS HEREBY ORDERED that jurisdiction over the above-named supervisee be accepted and assumed by this Court from and after the entry of this Order.

9/15/2016
*Effective Date*

*United States District Judge*

CC: United States Attorney
FLU Unit - United States Attorney's Office
Fiscal Clerk - Clerk's Office

Rev. 05/2013
TRANSFER OF JURIS (PROB22).DOTX